IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

(Tucson Division)  **CRIMINAL MINUTES**

| 08 / 01201 / | Date: December 11, 2009 |
|---|---|
| Yr  Case No.  Dft# | |

XX Hon. RANER C. COLLINS     Judge #: 7024

USA v.     CRAIG          ALAN          HAGGER
          First Name     Middle Name    Last Name
DEFENDANT: X Present  ___ Not Present  X Released  ___ Custody  ___ Writ

Deputy Clerk: Maureen Gorski      Crt Reporter: Erica Grund

U. S. Atty: Patrick Barry      Dft Atty: Geoffrey Cheshire
                                X pres    x appt.    ___ ret'd
Intrptr:  N/A

**PROCEEDINGS:** Oral arguments on Report and Recommendation/Status hearing on trial:

XX    Counsel present arguments to the Court.  The Court has reviewed the Report and Recommendation of Magistrate Edmonds and the pleadings filed by the parties, the Court adopts the Report and Recommendation (#64) and finds there was reasonable suspicion.  At some point the defendant did consent to a search and then withdrew that consent. Therefore, Ordered Defendant's Motion to Suppress is **DENIED** (#48) Defendant then wishes to enter a plea.  Change of plea is held.  Age: 46

XX Dft advised:   XX  Right to trial by jury ___ Right to indictment by GJ
XX Dft enters:   XX  GUILTY PLEA to   one-count Indictment
XX Plea agreement    FILED
   XX Guidelines case          ___ Non-guidelines case
XX Continued for sentence to   FEBRUARY 19, 2010 AT 9:40 A.M.

   (1) Any objection(s) to the presentence report shall be filed no later than 14 days after receiving the presentence report pursuant to Fed.R.Crim.P. 32(f)(2); (2) any response to the objection(s) to the presentence report shall be filed no later than 11 days after receiving the objection(s); (3) any sentencing memorandum shall be filed no later than 5 business days prior to sentencing; (4) Any party seeking to continue a sentencing date shall file a Motion to Continue no later than two (2) business days prior to the date of hearing.  Additionally, counsel shall telephonically notify chambers when sentencing is within two (2) business days; (5) failure to comply with this Order may result in the imposition of sanctions.
XX   ORDER vacate trial date/motion hearing/motions moot
XX   ORDER defendant remain released pending sentence on same conditions.
XX   Other: PSR to be prepared.